**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| CHICAGO DENTAL SOCIETY v. AMERICAN SEMINAR INSTITUTE | FILED: MARCH 26, 2008<br>08CV1748    PH<br>JUDGE KENDALL<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHICAGO DENTAL SOCIETY

| | |
|---|---|
| NAME (Type or print)<br>Edward M. Graham | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Edward M. Graham | |
| FIRM<br>Bell, Boyd & Lloyd LLP | |
| STREET ADDRESS<br>70 West Madison Street, Suite 3100 | |
| CITY/STATE/ZIP<br>Chicago, Illinois  60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06196906 | TELEPHONE NUMBER<br>312/372-1121 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |