### *United States District Court for the Northern District of Illinois*

Case Number:                              Assigned/Issued  By:

Judge Name:                              Designated Magistrate Judge:

---

#### FEE INFORMATION

***Amount Due:***    ☐ $350.00     ☐ $39.00     ☐ $5.00

                    ☐ IFP         ☐ No Fee     ☐ Other _____

                    ☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

#### ISSUANCES

☐ Summons                            ☐ Alias Summons

☐ Third Party Summons           ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____

☐ Citation to Discover Assets            (Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

_____Original and _____ copies on _____ as to _____
(Date)

_____

_____