UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO DENTAL SOCIETY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case No. 08 CV 1748 |
| v. | ) | |
| | ) | Hon. Virginia M. Kendall |
| AMERICAN SEMINAR INSTITUTE, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE

The Chicago Dental Society, by and through its attorneys, Bell, Boyd & Lloyd LLP, certifies that it has provided documents regarding the Court's Lanham Act mediation program, as required, to American Seminar Institute.

Respectfully submitted,

CHICAGO DENTAL SOCIETY

By:   s/Edward M. Graham
           One of Its Attorneys

Peter M. Sfikas
Edward M. Graham
**BELL, BOYD & LLOYD LLP**
Three First National Plaza
70 W. Madison, Suite 3100
Chicago, Illinois  60602
(312) 372-1121

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing Certificate was served this 21st day of April 2008, by first class mail, postage prepaid, on the following:

> Theodore J. England
> Ferguson Case Orr Patterson LLP
> 1040 S. Kimball Road
> Ventura, California  93004

> s/Edward M. Graham
> Edward M. Graham