IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO DENTAL SOCIETY, | ) |
| Plaintiff, | ) |
| vs. | ) No. 08 CV 1748 |
| | ) Judge Kendall |
| AMERICAN SEMINAR INSTITUTE, | ) Magistrate Judge Schenkier |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

The defendant, American Seminar Institute, by counsel, Swanson, Martin & Bell, LLP, moves this Honorable Court for an extension of time, up to and including June 14, 2008, to answer or otherwise plead to plaintiff's Complaint. Plaintiff's counsel has no objection to this motion.

WHEREFORE, the defendant, American Seminar Institute, prays that this Honorable Court enter an order granting the defendant an extension of 30 days, up to and including June 14, 2008, to answer or otherwise plead to plaintiff's Complaint.

s/ P. Stephen Fardy
One of the Attorneys for Defendant
American Seminar Institute

P. Stephen Fardy, I.D. No. 6230900
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, Illinois 60611
(312)321-9100
(312)321-0990 fax