IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO DENTAL SOCIETY,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> AMERICAN SEMINAR INSTITUTE,  ) <br> ) <br> Defendant.  ) | No. 08 CV 1748 <br> Judge Kendall <br> Magistrate Judge Schenkier |

## NOTICE OF MOTION

TO: Peter M. Stikas
Edward M. Graham
Bell, Boyd & Lloyd LLP
Three First National Plaza
70 West Madison Street, Suite 3100
Chicago, IL 60602

PLEASE TAKE NOTICE that on May 15, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Schenkier, Room 1700, at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant American Seminar Institute's Motion for Extension of Time, a copy of which is herewith attached and served upon you.

s/ P. Stephen Fardy
One of the Attorneys for Defendant
American Seminar Institute

P. Stephen Fardy, I.D. No. 6230900
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, Illinois 60611
(312)321-9100
(312)321-0990 fax

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO DENTAL SOCIETY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 CV 1748 |
| ) | Judge Kendall |
| AMERICAN SEMINAR INSTITUTE, ) | Magistrate Judge Schenkier |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

TO:   Peter M. Stikas
      Edward M. Graham
      Bell, Boyd & Lloyd LLP
      Three First National Plaza
      70 West Madison Street, Suite 3100
      Chicago, IL  60602

   The undersigned, a non-attorney, states:  I caused a copy of the attached **Notice of Motion and Motion for Extension of Time** to be served to all attorneys of record listed herein at their respective addresses by depositing same in the U.S. Mail at 330 North Wabash, Chicago, Illinois, 60611, before 5:00 p.m. on May 8, 2008, with proper postage prepaid.

_____

[X]   Under penalties as provided by law pursuant to
      735 ILCS 5/1-109, I certify that the statements
      set forth herein are true and correct.

Attorneys for American Seminar Institute
P. Stephen Fardy
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100