**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Chicago Dental Society

                        Plaintiff,

v.                                                      Case No.: 1:08–cv–01748
                                                        Honorable Virginia M. Kendall

American Seminar Institute

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Virginia M. Kendall: Defendant's Motion for an Extension of Time [9] is granted. Defendant may have up to and including 6/14/2008 to answer or otherwise plead to the Complaint. The 5/15/08 presentment date for said motion is stricken; no appearance is required. The 6/11/08 Initial Status hearing is stricken and reset for 6/19/2008 at 09:00 AM. Joint Status Report due by 6/16/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.