**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                   Case Number: 08 CV 1748

CHICAGO DENTAL SOCIETY
v.
AMERICAN SEMINAR INSTITUTE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

 AMERICAN SEMINAR INSTITUTE

| |
|---|
| NAME (Type or print)<br> Brendon P. Friesen |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/  Brendon P. Friesen |
| FIRM<br> Swanson, Martin & Bell, LLP |
| STREET ADDRESS<br> 330 N. Wabash, Suite 3300 |
| CITY/STATE/ZIP<br> Chicago, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6291555 | TELEPHONE NUMBER<br>(312) 321-9100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO DENTAL SOCIETY,       )
                              )
            Plaintiff,        )
                              )
    vs.                       )    No. 08 CV 1748
                              )    Judge Kendall
AMERICAN SEMINAR INSTITUTE,   )    Magistrate Judge Schenkier
                              )
            Defendant.        )

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on June 12, 2008 a copy of the foregoing ***Appearance*** was filed electronically.  Notice will be sent to all parties via the Court's electronic filing system.

Respectfully submitted,


s/ Brendon P. Friesen
One of the Attorneys for Defendant
American Seminar Institute


Brendon P. Friesen, # 6291555
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, Illinois  60611
(312)321-9100
(312)321-0990 fax