IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO DENTAL SOCIETY, | ) |
| | ) |
| Plaintiff, | ) No. 08 CV 1748 |
| | ) |
| vs. | ) |
| | ) Judge Kendall |
| AMERICAN SEMINAR INSTITUTE, | ) Magistrate Judge Schenkier |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

TO:   Peter M. Stikas
      Edward M. Graham
      Bell, Boyd & Lloyd LLP
      Three First National Plaza
      70 West Madison Street, Suite 3100
      Chicago, IL  60602

PLEASE TAKE NOTICE that on June 23, 2008, at 9 A.M., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Kendall, Room 2319, at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant American Seminar Institute's Motion to Dismiss, a copy of which is herewith attached and served upon you.

                              s/ Brendon P. Friesen
                              One of the Attorneys for Defendant
                              American Seminar Institute

P. Stephen Fardy
Brendon P. Friesen
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, Illinois  60611
(312)321-9100
(312)321-0990 fax

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 16, 2008 a copy of the foregoing ***Notice of Motion*** was filed electronically. Notice will be sent to all parties via the Court's electronic filing system.

                                       Respectfully submitted,

                                       s/ Brendon P. Friesen
                                       One of the Attorneys for Defendant
                                       American Seminar Institute

P. Stephen Fardy
Brendon P. Friesen
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, Illinois  60611
(312)321-9100
(312)321-0990 fax