**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Chicago Dental Society

                      Plaintiff,

v.                                             Case No.: 1:08–cv–01748
                                             Honorable Virginia M. Kendall

American Seminar Institute

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and continued to 1/5/2009 at 09:00 AM. Defendant's motion to dismiss[15] is taken under advisement. Responses is to be filed by by 7/10/2008. Reply is due by 7/17/2008. Court will rule by mail. Court adopts the parties' fact discovery schedule. All fact discovery shall be completed by 12/31/2008. Dispositive motions with supporting memoranda due by 2/2/2009. Response is due by 2/23/2009. Reply is due by 3/9/2009. Court will by mail. Advised in open court notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.