**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHICAGO DENTAL SOCIETY, ) | |
| ) | |
| Plaintiff, ) | No. 08 CV 1748 |
| ) | |
| vs. ) | Judge Kendall |
| ) | |
| AMERICAN SEMINAR INSTITUTE, ) | Magistrate Judge Schenkier |
| ) | |
| Defendant. ) | |

**STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by Plaintiff CHICAGO DENTAL SOCIETY and Defendant AMERICAN SEMINAR INSTITUTE, as parties in the above-entitled action, through their respective counsel of record, that this cause be dismissed with prejudice as to Defendant AMERICAN SEMINAR INSTITUTE, with each party to bear their own costs. Plaintiff and Defendant settled, compromised, and adjourned by a settlement agreement all matters in controversy between them. This Court shall retain jurisdiction over this matter to enforce the terms of the settlement agreement until, and including, September 5, 2008.

IT IS SO ORDERED.  August 7, 2008.

ENTERED:

_____
Judge Kendall

By: s/ Edward M. Graham          By: s/ P. Stephen Fardy
Peter M. Stikas                  P. Stephen Fardy
Edward M. Graham                 Brendon P. Friesen
Bell, Boyd & Lloyd LLP           Swanson, Martin & Bell, LLP
Three First National Plaza       330 North Wabash, Suite 3300
70 West Madison Street, Suite 3100   Chicago, Illinois 60611
Chicago, IL 60602                (312) 321-9100

Counsel for Plaintiff Chicago Dental Society    Counsel for Defendant American Seminar Institute